*Ensign* v. *Central N. Y. Tel. Co.*, 79 App. Div. 244, affirmed.
(Argued June 10, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 20, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Albert F. Gladding* for appellant.

*M. H. Kiley* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.

---

W. MARTIN JONES, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Jones* v. *N. Y. C. & H. R. R. R. Co.*, 81 App. Div. 655, affirmed.
(Submitted June 10, 1904; decided August 5, 1904.)

APPEAL from a judgment, entered April 1, 1903, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant.

*W. Martin Jones*, appellant, in person.

*Albert H. Harris* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.